**John E. MOORE, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 02–7239.

United States Court of Appeals, Federal Circuit.

June 10, 2004.

Kyle E. Chadwick, Principal Attorney, David M. Cohen, of Counsel, Department of Justice, Washington, DC, for Respondent–Appellee.

Kenneth M. Carpenter, Principal Attorney, Carpenter, Chartered, Topeka, KS, for Claimant–Appellant.

### ORDER

Upon consideration of the appellant's unopposed motion to voluntarily dismiss this appeal,

IT IS ORDERED THAT:

(1) The motion to dismiss is granted.

(2) Each side shall bear its own costs.

**E.L. HAMM & ASSOCIATES, INC., Appellant,**

v.

**Gordon R. ENGLAND, Secretary of the Navy, Appellee.**

No. 03–1578.

United States Court of Appeals, Federal Circuit.

June 14, 2004.

Before CLEVENGER, RADER, and SCHALL, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.